UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-30441 |
|---|---|
| GIFFERT TUTTLE JR. | (Chapter 13) |
| CONNIE R. TUTTLE | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4029271**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 10,005 | CITIFINANCIAL MORTGAGE INC<br>3950 REGENT BLVD<br>SOUTH BLDG 2ND FLOOR<br>IRVING, TX  75063 | 72.78 |
| 5/ 5 | CITIFINANCIAL MORTGAGE INC<br>3950 REGENT BLVD<br>SOUTH BLDG 2ND FLOOR<br>IRVING, TX  75063 | 25.26 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/10/2010

Certificate of Service                   08-30441

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| GIFFERT TUTTLE JR. | ANTHONY B PENNINGTON | (26.1n) |
| CONNIE R. TUTTLE | 1107 UPPER VALLEY PIKE | BAC HOME LOANS SERVICING LP |
| 4827 CULLEN DRIVE | SPRINGFIELD, OH  45504 | 2380 PERFORMANCE DR |
| SPRINGFIELD, OH  45503 | | BLDG C MAIL STOP: RGV-C-32 |
| | | RICHARDSON, TX  75082 |

| (5.4) | (5.1) | (22.1n) |
| CITIFINANCIAL | CITIFINANCIAL MORTGAGE INC | ECMC |
| 1051 N BECHTLE AVE | 3950 REGENT BLVD | 7325 BEAUFONT SPRINGS |
| SPRINGFIELD, OH  45504 | SOUTH BLDG 2ND FLOOR | SUITE 200 |
| | IRVING, TX  75063 | RICHMOND, VA  23225 |

(27.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner                sv